IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ETHEL SCOTT | * | CIVIL ACTION NO. 3:06-CV-03684 |
| | * | |
| VS. | | |
| | * | |
| PFIZER, INC. | | |
| | * | |
| In Re: Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation | | MDL No. 05-cv-01699 |
| | * | |
| This document relates to: Ethel Scott | * | |

IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARY TWILBECK SENIA, WIFE OF JOSEPH EDWARD SENIA, SHELLY SENIA HAMPTON, ANTHONY JOSEPH SENIA, DAWN SENIA CHILDS, DARRYL SENIA AND JOSEPH E. SENIA, II, ALL INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JOSEPH EDWARD SENIA | * * * * | CIVIL ACTION NO. 3:06-CV-04085-CRB |
| VS. | * | |
| PFIZER, INC. | | * |
| In Re: Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation | * * | MDL No. 05-cv-01699 |
| This document relates to: MARY TWILBECK SENIA, ET AL | * | |
| | * | CASE NO. 3:06-cv-03684 |

**PROPOSED ORDER**

Considering the above and foregoing,

IT IS ORDERED, ADJUDGED AND DECREED that Allan Berger of Allan Berger &

Associates, P.L.C. be permitted to withdraw from this case and that his name be erased from the court records thereof as counsel for plaintiffs. Their new attorney of record is John D. Sileo, who has left the law office of Allan Berger and Associates and is now located at 320 N. Carrollton Ave., Suite 200, New Orleans, Louisiana, 70119.

Signed at San Francisco, California, this _12th_ day of _September_ 2007.

_____
JUDGE