1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
11   IN RE BEXTRA AND CELEBREX            No. MDL 05-01699 CRB
     MARKETING, SALES PRACTICES
12   AND                                 **ORDER RE: MOTION TO**
     PRODUCT LIABILITY LITIGATION,       **WITHDRAW AS COUNSEL**
13
14   _____/
15   *This document relates to:*
16   Henry Jones and Others, Individually
17   and on Behalf of the Estate of Helen
     Bunns,
18   06-3684 CRB
19   _____/
20
21          In light of the motion of the law firm of Michael Hingle and Associates to

22   withdraw as counsel for Plaintiffs Henry Jones and others, individually and on behalf of

23   the estate of Helen Bunns, in the above matter, the Court ORDERS PLAINTIFFS TO

24   SHOW CAUSE as to why Plaintiffs' lawsuit should not be dismissed for a lack of

25   prosecution.  See Fed. R. Civ. P. 41.  If any Plaintiff wishes to contest the dismissal of

26   Plaintiffs' lawsuit for failure to prosecute, Plaintiff shall notify the Court in writing on or

27   before **December 4, 2009** of the reasons the case should not be dismissed.  In particular,

28   if any Plaintiff wishes to proceed with this action, Plaintiff shall advise the Court of the

name and address of Plaintiff's new counsel or, if Plaintiff will be representing himself or herself, Plaintiff must advise the Court of Plaintiff's contact information. Plaintiffs are warned that failure to communicate with the Court in writing as set forth above may result in dismissal of their actions with prejudice.

Plaintiffs' counsel shall ensure that each Plaintiff receives a copy of this Order.

**IT IS SO ORDERED.**

Dated: November 10, 2009

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\showcauseorders\Bunns OSC (3).wpd