UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | CASE NO. MDL No. 1699 |
| | **ORDER OF DISMISSAL WITH PREJUDICE** |

This Document Relates to:

| | |
|---|---|
| Larry Brown | 07-1954 CRB |
| Helen Bunns | 06-3684 CRB |
| Kathy Grant | 07-1954 CRB |
| Claudia Marshall | 07-1956 CRB |
| LaDonna Mueller | 07-1956 CRB |
| Sandra Painter | 07-1956 CRB |
| Frances Patterson | 07-1956 CRB |
| Yvonne Powell | 07-1955 CRB |
| Debra Randall | 06-3811 CRB |
| Brenda Russell | 07-1956 CRB |

1 　　　The Court ordered the plaintiffs identified in the caption to show cause why their actions
2 should not be dismissed for lack of prosecution.  As of the date listed on the show cause order,
3 no plaintiff listed in the caption has responded to the Court's order.  Accordingly, the actions
4 identified in the above caption are DISMISSED with prejudice pursuant to Federal Rule of Civil
5 Procedure 41.

**IT IS SO ORDERED**.

Dated: December 4, 2009

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE