John D. Sileo
Law Office of John D. Sileo
320 N. Carrollton Avenue, Suite 200
New Orleans, Louisiana 70119
(504) 483-3400 Phone
(504) 483-3447 Fax
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Priscella Adams; Henry Jones and Others, Individually and on Behalf of the Estate of Helen Bunns; Arthur Granier, Joseph Haines; Darlene Lowe, Individually and on Behalf of the Estate of Andrew Lowe, Jr.; Earl Miller, Ethel Scott; Tommy Smith v. Pfizer, Inc.<br><br>This Document Relates To:<br><br>Ethel Scott, et al v. Pfizer Inc., et al<br>06-CV-03684 | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: December 30, 2009    By: _____

Law Office or John D. Sileo
320 N. Carrollton Avenue, Suite 200
New Orleans, Louisiana 70119

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

(504) 483-3400 Phone
(504) 483-3447 Fax

*Attorneys for Plaintiffs*

DATED: Jan. 26, 2010    By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 2 2 2010

Hon. Charles R. Breyer
United States District Court

-2-